IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC - 9 2011

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| CHRISTINE CARRS, Individually and as Personal representative of the Estate of DANIEL P. BISK, deceased, and ZOE ANNE BISK, and CAROLINE DORA BISK, § § § § § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. _____ JURY |
| AVCO CORPORATION, on behalf of its LYCOMING ENGINES division, KS GLEITLAGER USA, INC. f/k/a KS BEARINGS, INC., KOLBENSCHMIDT PIERBURG AG, KS KOLBENSCHMIDT f/k/a KOLBENSCHMIDT AG, and SUPERIOR AIR PARTS, INC., § § § § § § § | ECF |
| Defendants. § | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rules 3.1(c) and 81.1 of the Local Rules of the United States District Court for the Northern District of Texas, **AVCO Corporation, on behalf of its Lycoming Engines division,** properly referred to as **Lycoming Engines, a division of AVCO Corporation**; and **AVCO Corporation** (collectively referred to herein as, "AVCO Corporation"), provides the following list of persons who may be financially interested in the outcome of this case:

1. Plaintiff Christine Carrs

2. Zoe Anne Bisk

3. Caroline Dora Bisk

4. Defendant KS Gleitlager USA, Inc. f/k/a KS Bearings, Inc.

5. Defendant Kolbenschmidt Pierburg AG

6. Defendant KS Kolbenschmidt f/k/a Kolbenschmidt AG

7. Defendant Superior Air Parts, Inc.

8. Lycoming Engines, a division of AVCO Corporation

9. Textron Inc.

10. FMR, LLC.

Respectfully submitted,

Charles H. Smith – Lead Attorney
State Bar No. 18550500
Email: chsmith@smith-moore.com
Bryan S. David
State Bar No. 24031989
Email: bdavid@smith-moore.com
Tressie E. McKeon
State Bar No. 24055941
Email: tmckeon@smith-moore.com
3030 Lincoln Plaza
500 N. Akard
Dallas, Texas 75201-6606
(214) 740-4200
(214) 740-4242 Telecopier

ATTORNEYS FOR DEFENDANT
AVCO CORPORATION ON BEHALF OF ITS
LYCOMING ENGINES DIVISION

OF COUNSEL:

SMITH & MOORE PLLC
3030 Lincoln Plaza
500 N. Akard
Dallas, Texas  75201-6606
(214) 740-4200
(214) 740-4242 Telecopier

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document and all exhibits was served upon all known counsel of record on the 9TH day of December 2011, as follows:

| | |
|---|---|
| William O. Angelley<br>Jeffrey W. Hightower, Jr.<br>Hightower Angelley LLP<br>4144 N. Central Expressway, Suite 1230<br>Dallas, TX 75204 | *Via CM/RRR No. 7009 2250 0000 8118 4085* |
| David S. Golub<br>Silver Golub & Teitell LLP<br>184 Atlantic Street<br>P.O. Box 389<br>Stamford, CT 06904 | *Via CM/RRR No. 7009 2250 0000 8118 4092* |

_____
Counsel for Defendant